ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN - 1 2005

CLERK, U.S. DISTRICT COURT
By _____
             Deputy

| | |
|---|---|
| DANIEL GAUDETTE | * |
|     Plaintiff | * |
| v. | * |
|  | *   CA-3:05-CV-0245-H |
| K. J. WENDT, et al. | * |
|     Defendants | * |

## ORDER

Before the Court are the Findings, Conclusions and Recommendation of the United States Magistrate Judge, filed May 14, 2005, and Plaintiff's Objections thereto, filed May 31, 2005.

The Court has made the required independent review of the pleadings, files, and records in this case; the Findings and Conclusions of the Magistrate Judge and Plaintiff's Objections. Having done so, the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are **ADOPTED** as the Findings and Conclusions of the Court, and Plaintiff's Objections are **OVERRULED**.

SO ORDERED.

DATED: June _____1st_____, 2005

_____
BAREFOOT SANDERS, SENIOR JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS